# United States Bankruptcy Court
## Northern District of Florida

In re  **James Lee Simpson**                                                            Case No.
                                  Debtor(s)                                              Chapter     **12**

## STATEMENT OF NO EMPLOYMENT INCOME

*Check box if statement applies to debtor*  ☒    Debtor, **James Lee Simpson**, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☒ Debtor was not employed and had no income from wages or other employment other than his Social Security and self-employment within 60 days prior to the filing of the petition.

☐ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

*Check box if statement applies to joint-debtor*  ☐    Joint-debtor,, is not required to submit payment advices or other evidence of payment under 11 U.S.C. 521(a)(1)(B)(iv) and certifies as follows:

☐ Debtor was not employed and had no income from an employer within 60 days prior to the filing of the petition.

☐ Debtor was self-employed and had no income from an employer within 60 days prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  **January 8, 2015**            Signature of Debtor:   **/s/ James Lee Simpson**

                                      By: **/s/ Allen P. Turnage**
                                         *ATTORNEY SIGNATURE IF REPRESENTED BY COUNSEL*