UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JAMES LEE SIMPSON,                 Case No.: 15-40012-KKS
                                                    Chapter 12

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS

The undersigned and the law firm of Ausley & McMullen, P.A. appear as counsel for Terry Taylor and Marie Taylor pursuant to Rules 2002(g), and 9010(b), Federal Rules of Bankruptcy Procedure, and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorney at the following address:

                        James M. Donohue
                        Ausley & McMullen
                        123 So. Calhoun Street (32301)
                        Post Office Box 391
                        Tallahassee, Florida 32302
                        Facsimile No.: (850) 222-7560
                        E-mail: jdonohue@ausley.com

Respectfully submitted this 30th day of January, 2015.

                                     /s/ James M. Donohue
                                     James M. Donohue
                                     Florida Bar No.: 0191819
                                     Ausley & McMullen
                                     123 South Calhoun St. (32301)
                                     Post Office Box 391
                                     Tallahassee, FL 32302
                                     (850) 425-5458
                                     Facsimile: (850) 222-7560

                                     ATTORNEYS FOR TERRY & MARIE TAYLOR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been filed electronically via the CM/ECF System resulting in electronic copies being furnished to Walter W. Kelley, Trustee (DCannon@kelleylovett.com); Allen Turnage (service@turnagelaw.com); U. S. Trustee (USTPRegion21.TL.ECF@usdoj.gov); and further certify that a true and correct copy has been furnished via U. S. Mail to James Lee Simpson, 2926 Salem Road, Havana, FL 32333 on this 30th day of January, 2015.

James M. Donohue